UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

HUEL WATKINS and
SUSAN WATKINS                                                                                PLAINTIFFS

v.                                                                    CIVIL ACTION NO. 3:17-CV-00069-CRS

BRANDON HANSFORD, AUTOZONE
STORES, INC. et al.                                                                         DEFENDANTS

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date and the Court being otherwise sufficiently advised, the Court **ACCEPTS AND ADOPTS** the report and recommendation of the magistrate judge in full. (ECF No. 33).

The Court **DENIES** Plaintiffs Huel Watkins and Susan Watkins' motion to substitute a party pursuant to Fed. R. Civ. P. 25 (ECF No. 14) and **GRANTS** their alternative motion for joinder pursuant to Fed. R. Civ. P. 20 (ECF No. 17). This action is **REMANDED TO THE JEFFERSON COUNTY, KENTUCKY, CIRCUIT COURT, DIVISION TWELVE (12), FOR ALL FURTHER PROCEEDINGS.**

There being no just reason for delay in its entry, this is a final order.

IT IS SO ORDERED.

September 18, 2017

**Charles R. Simpson III, Senior Judge**
**United States District Court**